| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Crotty, Paul A. | 2. Court or Organization<br><br>U.S. District Court (S.D.N.Y.) | 3. Date of Report<br><br>07/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior - Effective 8/1/2015) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>Room 1350<br>New York, New York 10007 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | (Spouse) George Arzt Communications - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crotty, Paul A. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMEX | A | Dividend | L | T | Sold (part) | 01/23/18 | J | B | |
| 2. Ameriprise Fin'l Inc. | A | Dividend | K | T | | | | | |
| 3. Apple Inc. | A | Dividend | K | T | | | | | |
| 4. Coca Cola | B | Dividend | L | T | | | | | |
| 5. Duke Energy Corp. | A | Dividend | K | T | | | | | |
| 6. Exxon Mobil | A | Dividend | K | T | Sold (part) | 01/18/18 | J | C | |
| 7. General Electric | A | Dividend | J | T | | | | | |
| 8. Spectra Energy Corp. | A | Dividend | K | T | | | | | |
| 9. Stryker Corp. | A | Dividend | L | T | Sold (part) | 02/05/18 | K | E | |
| 10. Teva Pharmaceuticals | A | Dividend | J | T | | | | | |
| 11. United Health Care | A | Dividend | L | T | | | | | |
| 12. Norbelle LLC | | None | K | U | | | | | |
| 13. Accelerate Diagnostics | | None | K | T | | | | | |
| 14. Dreyfus Institutional Treasury | A | Dividend | L | T | | | | | |
| 15. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 16. Ford Motor | A | Dividend | J | T | | | | | |
| 17. Lockheed Martin | A | Dividend | | | Sold | 01/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer | A | Dividend | | | Sold | 02/06/18 | J | A | |
| 19. Alphabet Inc. Class 1 | | None | J | T | | | | | |
| 20. Union Pacific Corp. | A | Dividend | | | Sold | 01/25/18 | K | C | |
| 21. Consolidated IRA (H) | | | | | | | | | |
| 22. - Abbott Laboratories | A | Dividend | J | T | | | | | |
| 23. - Adobe | | Dividend | J | T | Buy | 01/24/18 | J | | |
| 24. - Alphabet Inc. Class C | | None | J | T | | | | | |
| 25. - Amazon | | None | K | T | | | | | |
| 26. - American Water Works | A | Dividend | | | Sold | 03/05/18 | K | | |
| 27. - Apple Inc. | A | Dividend | | | Sold | 11/19/18 | K | | |
| 28. - AT&T | A | Dividend | | | Sold | 05/10/18 | J | | |
| 29. - Becton Dickinson | A | Dividend | J | T | Buy | 01/24/18 | K | | |
| 30. - Berkshire Hathaway | A | Dividend | J | T | Buy | 11/06/18 | J | | |
| 31. - BNSF | A | Interest | K | | Buy | 11/17/18 | K | | |
| 32. - Boeing | A | Dividend | K | T | | | | | |
| 33. - Caterpillar | A | Dividend | K | T | | | | | |
| 34. - J.P. Morgan Chase | | Dividend | J | T | Buy | 11/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crotty, Paul A. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Cheniere Energy | | Dividend | J | T | Buy | 09/26/18 | J | | |
| 36. - Chubb Ltd. | A | Dividend | | | Sold | 10/16/18 | K | | |
| 37. - Cisco Systems | | Dividend | J | T | Buy | 12/20/18 | J | | |
| 38. - Comcast | A | Dividend | | | Sold | 02/05/18 | K | | |
| 39. - Conoco Phillips | A | Dividend | J | T | | | | | |
| 40. - Constellation Brands | A | Dividend | | | Sold | 12/17/18 | J | | |
| 41. - Continental Resources | | Dividend | J | T | | | | | |
| 42. - Costco | A | Dividend | K | T | | | | | |
| 43. - Covidien International Finance | A | Interest | K | | Buy | 04/15/18 | K | | |
| 44. - Devon Energy | A | Dividend | | | Sold | 11/20/18 | J | | |
| 45. - Disney Walt | A | Dividend | K | T | | | | | |
| 46. - Ecolab | A | Dividend | | | Sold | 10/16/18 | K | | |
| 47. - Edwards Lifesciences | | Dividend | J | T | Buy | 09/26/18 | J | | |
| 48. - Exxon Mobil | A | | | | | | | | |
| 49. - Facebook | | None | J | T | Sold (part) | 10/08/18 | J | | |
| 50. - General Dynamics | A | Dividend | | | Sold | 04/27/18 | K | | |
| 51. - Home Depot | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Honeywell | A | Dividend | K | T | | | | | |
| 53. - International Paper | A | Dividend | | | Sold | 08/01/18 | K | | |
| 54. - Eli Lilly | | Dividend | J | T | | | | | |
| 55. - Lockheed Martin | A | Dividend | | | Sold | 01/22/18 | K | | |
| 56. - McDonalds | A | Dividend | K | T | | | | | |
| 57. - Medtronics | A | Dividend | J | T | | | | | |
| 58. - Microsoft | A | Dividend | K | T | | | | | |
| 59. - Nucor | A | Dividend | | | Sold | 05/18/18 | K | | |
| 60. - Pfizer | A | Dividend | | | Sold | 02/06/18 | K | | |
| 61. - Phillips 66 | A | Dividend | J | T | | | | | |
| 62. - Pioneer Natural Resources | A | Dividend | K | T | | | | | |
| 63. - Raytheon | A | Dividend | K | T | | | | | |
| 64. - Sherwin Williams | A | Dividend | J | T | | | | | |
| 65. - Stryker | A | Dividend | K | T | Buy (add'l) | 09/11/18 | K | | |
| 66. - Suntrust | A | Dividend | J | T | Sold (part) | 12/17/18 | J | | |
| 67. - Union Pacific | A | Dividend | | | Sold | 01/25/18 | K | | |
| 68. - United Health | A | Dividend | J | T | Buy | 11/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - U.S. Bankcorp | A | Dividend | J | T | | | | | |
| 70. - Visa Inc. | A | Dividend | K | T | | | | | |
| 71. - Vulcan Materials | A | Dividend | J | T | Sold (part) | 12/05/18 | K | | |
| 72. - Waste Management | A | Dividend | K | T | | | | | |
| 73. - Weyerhaeuser Reit | A | Dividend | | | Sold | 08/02/18 | K | | |
| 74. - Zoetis | A | Dividend | J | T | Buy | 11/06/18 | J | | |
| 75. - Honeywell Int'l Bond | A | Interest | K | T | | | | | |
| 76. - Oracle Bond | | | | | Redeemed | 11/15/18 | K | | |
| 77. - Pepsico Bond | B | Interest | K | T | | | | | |
| 78. - Apple Inc. Bond | A | Interest | K | T | | | | | |
| 79. - Federal Home Loan Bond | B | Interest | K | T | | | | | |
| 80. - Medtronic Bond | B | Interest | K | T | | | | | |
| 81. - McDonald's Bond | | | | | Redeemed | 09/01/18 | K | | |
| 82. - Con Edison Bond | B | Interest | K | T | | | | | |
| 83. - Phillip Morris Bond | B | Interest | K | T | | | | | |
| 84. - Total Capital SA Bond | B | Interest | K | T | | | | | |
| 85. - General Electric Bond | B | Interest | | | Redeemed | 11/08/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Praxair Bond | A | Interest | K | T | | | | | |
| 87. - General Dynamics Bond | B | Interest | K | T | | | | | |
| 88. - Comcast Bond | B | Interest | K | T | | | | | |
| 89. - U.S. Treasury Notes | A | Interest | K | T | | | | | |
| 90. - TVA Bond | A | Interest | K | T | | | | | |
| 91. - Novartis Bond | A | Interest | K | T | | | | | |
| 92. - Cisco Bond | B | Interest | K | T | | | | | |
| 93. - Dreyfus Financial | A | Dividend | J | T | | | | | |
| 94. - Chevron | A | Interest | | | Sold | 11/16/18 | K | | |
| 95. - John Deere | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Crotty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544